# Exhibit 13



Exhibit 13
Page 95



Exhibit 13
Page 96