KILPATRICK TOWNSEND & STOCKTON LLP
Christopher T. Varas (State Bar No. 257080)
CVaras@kilpatricktownsend.com
Larry W. McFarland (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310-248-3830
Facsimile: 310-860-0363

Attorneys for Defendant Live Nation Entertainment, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC ET AL,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. ET AL,<br><br>Defendant. | Civil Action No. 2:21-cv-09631-RGK-GJS<br><br>**NOTICE OF COMPLIANCE WITH THE COURT'S ORDER GRANTING IN PART PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER; AND**<br><br>**STIPULATION TO CONVERSION OF THE RESTRAINING ORDER TO A PRELIMINARY INJUNCTION** |

Live Nation has reviewed the Court's Order Re: Ex Parte Application for Temporary Restraining Order.  Live Nation hereby confirms that it is in compliance with the Court's Order.  Ticketmaster listings for tickets to the New Year's event discussed in the Court's order currently identify the event as "Day One 22."  *See* Declaration of Kevin Vahidi Concerning Live Nation's Notice of Compliance, Ex. 1.  To the best of Live Nation's knowledge it has removed the name "Coachella Day One 22" from any and all locations where that name previously appeared in the Ticketmaster platform.  *Id.  See* Dkt. 31, p. 9 ("Live Nation controls what Ticketmaster.com lists on its website[.]").

Provided the Court agrees that this Notice and the Declaration of Mr. Vahidi satisfy Live Nation's obligations under the restraining order, Live Nation stipulates that the restraining order may be converted to a preliminary injunction without further delay or briefing.  Should the Court require any further action or clarification from Live Nation, or require additional briefing from Live Nation by December 27, Live Nation will comply with any further orders the Court may issue.  Live Nation reserves its right to fully litigate the merits of Plaintiffs' claims on the normal case schedule.

DATED:  December 20, 2021    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:   /s/ Christopher T. Varas
CHRISTOPHER T. VARAS
LARRY W. MCFARLAND

Attorneys for Defendant Live Nation Entertainment, Inc.

NOTICE OF COMPLIANCE; STIPULATION TO CONVERSION OF TRO TO A PRELIMINARY INJUNCTION - 1 -