1  KILPATRICK TOWNSEND & STOCKTON LLP
   Christopher T. Varas (State Bar No. 257080)
2  CVaras@kilpatricktownsend.com
   Larry W. McFarland (State Bar No. 129668)
3  LMcFarland@kilpatricktownsend.com
   1801 Century Park East, Suite 2300
4  Los Angeles, CA 90067
   Telephone:  310-248-3830
5  Facsimile:   310-860-0363

6  Attorneys for Defendant Live Nation Entertainment, Inc.

7

8

9                  **UNITED STATES DISTRICT COURT**

10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11                        **WESTERN DIVISION**

12

13  COACHELLA MUSIC FESTIVAL,            Civil Action No. 2:21-cv-09631-RGK-
    LLC ET AL,                           GJS

14            Plaintiff,                 **SUPPLEMENTAL DECLARATION
                                         OF KEVIN VAHIDI CONCERNING
15       v.                              LIVE NATION'S NOTICE OF
                                         COMPLIANCE**
16  LIVE NATION ENTERTAINMENT,
    INC. ET AL,

17            Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    I, Kevin Vahidi, declare as follows:

2        1.    I am Client Development Director, Venues & Promoters for

3    Ticketmaster.  I am over the age of eighteen and am competent to testify. Unless

4    otherwise stated herein, I have personal knowledge of the facts stated in this

5    declaration, and if called upon to do so, I could and would testify competently

6    thereto.

7        2.    Attached as Exhibit 1A is a true and correct copy of the declaration I

8    DocuSigned for filing in this matter on December 20, 2021.  As noted in the prior

9    declaration, I was traveling on December 20 without access to a printer, and was

10   unable to print and hand-sign the declaration.

11       3.    I hereby reiterate and incorporate by reference the contents of the

12   attached declaration into this Supplemental Declaration, which I have hand signed in

13   accordance with the Court's rules.

14

15       I declare under penalty of perjury under the laws of the United States that the

16   foregoing is true and correct.

17

18   Executed this 21st Day of December, 2021 at Los Angeles, CA

19

20       KEVIN VAHIDI

21

22

23

24

25

26

27

28

SUPPL. DECL. OF KEVIN VAHIDI - 1 -