# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-09631-RGK-GJS | Date | December 27, 2021 |
|---|---|---|---|
| Title | *Coachella Music Festival, LLC et al v. Live Nation Entertainment, Inc. et al* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

Not Present  Not Present

**Proceedings:**  **(IN CHAMBERS) Order Re: Joint Stipulation [DE 38]**

On December 26, 2021, the parties filed a joint stipulation. (*See* ECF No. 38.) "Written stipulations affecting the progress of the case . . . will not be effective until approved by the judge." C.D. Cal. L.R. 7-1. The Court has reviewed the parties' stipulation and hereby **ENTERS** a preliminary injunction enjoining Live Nation from promoting and selling tickets on Ticketmaster.com for Twenty-Nine Palms' music event under the name Coachella Day One 22. The Court **DENIES** the remainder of the parties' stipulation **as moot**.

**IT IS SO ORDERED.**

                                                                                   :
                                                              Initials of Preparer