# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-09631-RGK-GJS | Date | December 27, 2021 |
|---|---|---|---|
| Title | *Coachella Music Festival, LLC et al v. Live Nation Entertainment, Inc. et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:             Attorneys Present for Defendant:

Not Present                                                                 Not Present

**Proceedings:**     **(IN CHAMBERS) Preliminary Injunction Order**

On December 20, 2021, the Court ordered Defendants to show cause, in writing, as to why a preliminary injunction should not issue. (ECF No. 31.) Defendant Bluehost failed to respond to the Court's order by the December 27 deadline. The Court therefore enters a preliminary injunction enjoining Bluehost from hosting content on CoachellaCrossroads.com that promotes Twenty-Nine Palms' music event under the name Coachella Day One 22.

**IT IS SO ORDERED.**

_____  :  _____

Initials of Preparer     _____