KILPATRICK TOWNSEND & STOCKTON LLP
Christopher T. Varas (SBN 257080)
CVaras@kilpatricktownsend.com
Larry W. McFarland (SBN 129668)
LMcFarland@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310-248-3830
Facsimile:   310-860-0363

Attorneys for Defendant Live Nation Entertainment, Inc.

TUCKER ELLIS LLP
David J. Steele (SBN 209797)
david.steele@tuckerellis.com
Howard A. Kroll (SBN 100981)
howard.kroll@tuckerellis.com
Steven E. Lauridsen (SBN 246364)
steven.lauridsen@tuckerellis.com
Janie L. Thompson (SBN 291622)
janie.thompson@tuckerellis.com
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs Coachella Music Festival, LLC and Goldenvoice, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC ET AL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIVE NATION ENTERTAINMENT, INC. ET AL,<br><br>　　　　Defendants. | Case No. 2:21-cv-09631-RGK-GJS<br><br>**SECOND STIPULATION CONCERNING LIVE NATION'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  December 13, 2021<br>Trial Date:  TBD |

Plaintiffs Coachella Music Festival, LLC and Goldenvoice, LLC on the one hand ("Plaintiffs"), and Defendant Live Nation Entertainment, Inc. on the other hand ("Live Nation"), hereby stipulate and agree as follows.

WHEREAS: Live Nation was served with the Summons and Complaint in this matter on December 14, 2021, making its deadline to answer, move or otherwise respond to the Complaint January 4, 2021; and

WHEREAS: The Court previously granted the parties' stipulated request to extend Live Nation's deadline to respond to the Complaint until February 3, 2022 (Dkt. 43); and

WHEREAS: Live Nation anticipates that its initial response to the Complaint will most likely be a motion to dismiss; and

WHEREAS: The parties are hopeful that Plaintiffs' claims can be resolved through mediation within the next sixty days, without further imposition on the Court's resources; and

WHEREAS: The parties agree that it is in their mutual best interest and would serve the interest of judicial economy to postpone Live Nation's deadline to respond to the Complaint for a further sixty days; and

WHEREAS: No scheduling order has been issued in this case and a further extension of Live Nation's deadline to respond to the Complaint would not require any other pending Court deadlines to be moved.

//
//
//
//
//
//
//
//

NOW THEREFORE, in accordance with the above recitals Plaintiffs and Live Nation hereby stipulate and respectfully request that the Court enter the proposed order submitted with this stipulation, extending Live Nation's deadline to respond to the Complaint from February 3, 2022 to April 4, 2022. By entering into this Stipulation, neither Plaintiffs nor Live Nation waives or otherwise impairs any claims and/or defenses that may otherwise be available to them.

Respectfully submitted,

DATED: January 13, 2022  KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Christopher T. Varas*
CHRISTOPHER T. VARAS
LARRY W. MCFARLAND

Attorneys for Defendant Live Nation Entertainment, Inc.

DATED: January 13, 2022  TUCKER ELLIS LLP

By: */s/ David J. Steele*
DAVID J. STEELE
HOWARD A. KROLL
STEVEN E. LAURIDSEN
JANIE L. THOMPSON

Attorneys for Plaintiffs Coachella Music Festival, LLC and Goldenvoice, LLC

SECOND STIPULATION CONCERNING DEADLINE TO RESPOND TO THE COMPLAINT
- 2 -