DENIED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC ET AL,<br><br>     Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC. ET AL,<br><br>     Defendants. | Case No. 2:21-cv-09631-RGK-GJS<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT LIVE NATION ENTERTAINMENT, INC.'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: December 13, 2021<br>Trial Date: TBD |

[PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT - 1 -

~~Pursuant to the stipulation of the parties and finding good cause, the Court hereby orders as follows:~~

~~Live Nation shall answer, move or otherwise respond to the Complaint in this matter no later than April 4, 2022~~.

The Stipulation is DENIED.

**IT IS SO ORDERED.**

Dated this __14th__ day of January, 2022.

*/s/ Gary Klausner*

Hon. Judge R. Gary Klausner