KILPATRICK TOWNSEND & STOCKTON LLP
Christopher T. Varas (State Bar No. 257080)
CVaras@kilpatricktownsend.com
Larry W. McFarland (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
Kollin J. Zimmermann (State Bar No. 273092)
kzimmermann@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310-248-3830
Facsimile:   310-860-0363

Attorneys for Defendant Live Nation Entertainment, Inc

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC ET AL,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. ET AL,<br><br>Defendants. | Case No. 2:21-cv-09631-RGK (GJSx)<br>Judge:  Hon. R. Gary Klausner<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  December 13, 2021<br>Trial Date:  November 29, 2022 |

1   TO THE COURT AND ALL PARTIES:

2   Please take notice that the parties attended mediation on August 9, 2022 and
3   executed a binding term sheet agreement to settle this matter. A stipulated Notice of
4   Dismissal of all claims with prejudice will be filed no later than August 19, 2022.

6   DATED: August 10, 2022          Respectfully submitted,

7                                   KILPATRICK TOWNSEND & STOCKTON LLP

10                                  By: */s/Christopher T. Varas*
                                        CHRISTOPHER T. VARAS
                                        LARRY W. MCFARLAND
11                                      KOLLIN J. ZIMMERMANN

12                                  Attorneys for Defendant Live Nation
13                                  Entertainment, Inc.

14  DATED: August 10, 2022          Respectfully submitted,
15                                  TUCKER ELLIS

18                                  By: */s/David J. Steele*
                                        DAVID J. STEELE

19                                  Attorneys for Plaintiff Coachella Music
20                                  Festival LLC and Goldenvoice, LLC

# PROOF OF SERVICE

I, Donna Boss, declare:

I am employed in the City and County of Los Angeles, California; I am over the age of eighteen years and not a party to the within action; my business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067.

On the date set forth below, I caused to be served a true and accurate copy of the foregoing document entitled **NOTICE OF SETTLEMENT** on the parties in this action by as follows:

**SEE ATTACHED**

☒ [By E-Mail] I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the foregoing document at my place of business, by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service where they would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand] I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 10, 2022, at Los Angeles, California.

_/s/ Donna Boss_
Donna Boss

NOTICE OF SETTLEMENT - 2 -

| | |
|---|---|
| David J. Steele<br>Howard Kroll<br>Steven E. Lauridsen<br>TUCKER ELLIS<br>515 S. Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>Tel: 213.430.3400<br>Email:  David.steele@tuckerellis.com<br>          Howard.kroll@tuckerellis.com<br>          Steven.lauridsen@tuckerellis.com | ***Attorneys for Plaintiffs,***<br><br>***Coachella Music Festival, LLC and Goldenvoice, LLC*** |