JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC ET AL,<br><br>  Plaintiff,<br><br>  v.<br><br>LIVE NATION ENTERTAINMENT, INC. ET AL,<br><br>  Defendant. | Case No. 2:21-cv-09631-RGK (GJSx)<br>Hon. R. Gary Klausner<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** [74]<br><br>Complaint Filed: December 13, 2021<br>Trial Date: TBD |

///
///
///

1 | The Court, having considered the stipulation of the parties and good cause
2 | appearing, it is **ORDERED** that the stipulation is **GRANTED** and that this action is
3 | hereby dismissed with prejudice.
4 | It is further **ORDERED** that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATE: 8/24/2022

Hon. R. Gary Klausner
U.S. District Judge